LAW LIBRARY

NO. 29157

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

STATE OF HAWAI'I, Respondent/Plaintiff-Appellee,

vs.

IVAN YUICHI SAKATA, also known as "hawaiikai_boy01,"
Petitioner/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CRIMINAL NO. 07-1-0933)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, J. for the court[1])

Petitioner/Defendant-Appellant Ivan Yuichi Sakata's application for writ of certiorari filed on December 8, 2009, is hereby rejected.

DATED: Honolulu, Hawai'i, January 20, 2010.

FOR THE COURT:

*Marc Recktenwald*

Associate Justice

Taryn R. Tomasa
(Deputy Public Defender),
for petitioner/
defendant-appellant,
on the application.

---

[1] Considered by: Moon, C.J., Nakayama, Acoba, Duffy, and Recktenwald, JJ.